**CLAIRE D. LAMOUREUX v. AMEDEE J. LAMOUREUX, LAMONT, INC., a Florida Corporation.**

29 So. (2nd) 637                 January Term, 1947
February 28, 1947                      Division A

Affirmed.

**JOE CLESI v. STATE OF FLORIDA**

29 So. (2nd) 451                 January Term, 1947
February 28, 1947             Special Division A

Affirmed.

**HENRY RHODES v. STATE OF FLORIDA**

29 So. (2nd) 451                 January Term, 1947
February 28, 1947             Special Division A

Affirmed.

**JOSEPH CHARLES SEQUIN v. STATE OF FLORIDA**

29 So. (2nd) 637                 January Term, 1947
March 7, 1947                    Division B

Affirmed.

**PALM BEACH DAIRY COMPANY, a Florida Corporation, v. J. ANDREW GRANT.**

29 So. (2nd) 637                 January Term, 1947
March 7, 1947              Special Division A

Affirmed.

**GRADY DUNCAN v. C. E. HARRELL**

29 So. (2nd) 637                 January Term, 1947
March 7, 1947              Special Division B

Affirmed.

**JOSEPH CHARLES SEQUIN v. STATE OF FLORIDA**

29 So. (2nd) 637                 January Term, 1947
March 11, 1947                  Division B

Affirmed.

**DOROTHY FRANCES SHERRY MILLER v. FRED ANDREW MILLER.**

29 So. (2nd) 637                 January Term, 1947
March 14, 1947              Special Division B
Rehearing denied April 2, 1947

Affirmed.